## SOUTHINGTON SAVINGS BANK *v.* VILLAGE BUILDERS AND DEVELOPERS, INC., ET AL.
### (12851)

O'Connell, Lavery and Hennessy, Js.

Argued September 27—decision released October 24, 1995

*Sebastian N. Giuliano,* with whom were *Thomas T. Lonardo* and, on the brief, *Nella R. Rafala,* for the appellants (defendants).

*Janet C. Hall,* with whom was *Christopher Hug,* for the appellee (plaintiff).

PER CURIAM. The judgments are affirmed and the cases are remanded for the purpose of setting new law days.